UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| JACK ROOKARD, JR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.: 1:24-CV-75-TAV-SKL |
| | ) | |
| ANDREW YOUNG, | ) | |
| CFO of Capitol One, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

This civil matter is before the Court on a Report and Recommendation ("R&R") entered by United States Magistrate Judge Susan K. Lee on March 15, 2024 [Doc. 9]. In the R&R, the magistrate judge recommends that the Court dismiss plaintiff's complaint and deny the pending motions for leave to proceed *in forma pauperis*. There have been no timely objections to the R&R, and enough time has passed since the filing of the R&R to treat any objections as waived. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 6(d), 72(b).

After careful review of the matter, the Court agrees with the magistrate judge's recommendations. Accordingly, the Court **ACCEPTS and ADOPTS** in full the R&R [Doc. 9] pursuant to 28 U.S.C. § 636(b)(1). Accordingly, it is hereby **ORDERED** that plaintiff's motions for leave to proceed *in forma pauperis* [Docs. 2, 8] are **DENIED** and plaintiff's case is **DISMISSED**. The Clerk is **DIRECTED** to **CLOSE** this case.

ENTER:

s/ Thomas A. Varlan
UNITED STATES DISTRICT JUDGE